UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rickey Mosley,

    Plaintiff,

v.                                        Case No. 17-12997

Commissioner of Social Security,       Sean F. Cox
                                                      United States District Court Judge
    Defendant.
_____/

**ORDER ADOPTING
12/18/18 REPORT AND RECOMMENDATION**

    Plaintiff filed this action under 42 U.S.C. § 405(g), seeking judicial review of Defendant Commissioner of Social Security's denial of benefits. The matter was referred to Magistrate Judge Anthony Patti for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C). Thereafter, the parties filed motions for summary judgment.

    On December 18, 2018, Magistrate Judge Patti issued a Report and Recommendation ("R&R") wherein he recommends that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the Commissioner's decision.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the

magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the December 18, 2018 R&R.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

<pre>
                                    s/Sean F. Cox
                                    Sean F. Cox
                                    United States District Judge
</pre>

Dated: January 4, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 4, 2019, by electronic and/or ordinary mail.

<pre>
                                    s/Jennifer McCoy
                                    Case Manager
</pre>